**RECEIVED 4/1/2020**

THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
ROCKINGHAM COUNTY

I, Jennifer M. Haggar, Clerk of the Superior Court of the State of New Hampshire for the County of Rockingham, the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of Complaint, Summons in a Civil Action, Return of Service and Notice to State Court of Removal of Civil Action in the action 218-2020-CV-00219 Joseph H. Duffin, II v. DXC Technology Services, LLC of said Superior Court.

Jennifer M. Haggar, Clerk of Court
March 31, 2020

In witness whereof I have hereunto set my hand and affixed the seal of said Superior Court at this 30th day of March A.D. 2020

Clerk of Superior Court

THE STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS                                              SUPERIOR COURT

218-2020-cv-00219

**JOSEPH H. DUFFIN, II**
10 Nottingham Road
Windham NH 03087

v.

**DXC TECHNOLOGY SERVICES, LLC**
1775 Tyson Blvd
Tysons VA 22102



True Copy Attest

Jennifer M. Haggar, Clerk of Court
March 30, 2020

## NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE that on the 27th day of March 2020, Defendant DXC Technology Services, LLC filed a Notice of Removal, a copy of which is attached hereto, with the United States District Court for the District of New Hampshire. This case is now removed to the United States District Court for the District of New Hampshire.

Respectfully submitted on this 27th day of March, 2020.

/s/   *Christopher Cole*
Christopher Cole (NH Bar No. 8725)
SHEEHAN PHINNEY
1000 Elm Street, 17th Floor
Manchester, NH 03101
Phone: 603.668.0300
CCOLE@sheehan.com

/s/   *Megan Carrier*
Megan Carrier (NH Bar No. 20352)
SHEEHAN PHINNEY
1000 Elm Street, 17th Floor
Manchester, NH 03101

Phone: 603.627.8103
mcarrier@sheehan.com

**ATTORNEYS FOR THE DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2020, the foregoing was filed with the Clerk of Court through the Court's ECF system. A copy of the foregoing has also been sent to:

Jason R.L. Major
116 Lowell Street
Manchester, NH 03104
603-668-7272
JMajor@backusmeyer.com

*/s/   Christopher Cole*
Christopher Cole

# THE STATE OF NEW HAMPSHIRE
### JUDICIAL BRANCH
SUPERIOR COURT

| | |
|---|---|
| Rockingham Superior Court | Telephone: 1-855-212-1234 |
| Rockingham Cty Courthouse/PO Box 1258 | TTY/TDD Relay: (800) 735-2964 |
| Kingston NH  03848-1258 | http://www.courts.state.nh.us |



## SUMMONS IN A CIVIL ACTION

Case Name:   **Joseph H Duffin, II v DXC Technology Services, LLC**
Case Number:   **218-2020-CV-00219**

Date Complaint Filed: February 18, 2020

A Complaint has been filed against DXC Technology Services, LLC in this Court. A copy of the Complaint is attached.

### The Court ORDERS that ON OR BEFORE:

| | |
|---|---|
| April 10, 2020 | Joseph H Duffin II  shall have this Summons and the attached Complaint served upon DXC Technology Services, LLC by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 01, 2020 | Joseph H Duffin II  shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | DXC Technology Services, LLC must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to DXC Technology Services, LLC:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Jason R.L. Major, ESQ | Backus Meyer & Branch LLP 116 Lowell St PO Box 516 Manchester NH  03105-0516 |
| DXC Technology Services, LLC | 1775 Tysons Blvd Tysons VA  22102 |

BY ORDER OF THE COURT

February 25, 2020

Jennifer M. Haggar
Clerk of Court

(126987)

True Copy Attest



Jennifer M. Haggar, Clerk of Court
March 30, 2020

**This is a Service Document For Case: 218-2020-CV-00219
Rockingham Superior Court
4/1/2020 10:38 AM**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Rockingham Superior Court | Telephone: 1-855-212-1234 |
| Rockingham Cty Courthouse/PO Box 1258 | TTY/TDD Relay: (800) 735-2964 |
| Kingston NH  03848-1258 | http://www.courts.state.nh.us |

## JOSEPH H DUFFIN II
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:     **Joseph H Duffin, II v DXC Technology Services, LLC**
Case Number:   **218-2020-CV-00219**

**Instructions for:** Joseph H Duffin II

The attached Summons must be sent to the Sheriff's Department for service.  Service must be completed on or before **April 10, 2020**.
**Further action is required by you**
You must:
- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service.  Each packet should contain:**
    - **One Summons**
    - **Once Notice for Defendant**
    - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

**Sheriff Departments in New Hampshire:**

| | |
|---|---|
| Belknap County Sheriff's Department: | Hillsborough County Sheriff's Department: |
| Carroll County Sheriff's Department: | Merrimack County Sheriff's Department: |
| Cheshire County Sheriff's Department: | Rockingham County Sheriff's Department: |
| Coos County Sheriff's Department: | Strafford County Sheriff's Department: |
| Grafton County Sheriff's Department: | Sullivan County Sheriff's Department: |

**\*If one or more of the parties resides out of state, please click here for the requirements\***

Service must be made upon the defendant before **April 10, 2020**.

If the Sheriff is unable to complete service by **April 10, 2020** you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You MUST electronically file the 'Return of Service' with the court by May 01, 2020.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

NHJB-2678-Se (07/01/2018)

# Important Service Information for Sheriff

<u>Do not file this with the court</u>
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: _____     Case #: _____

**Who are you requesting to be served?**
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____     APT #: _____

_____

Home phone #: _____     Cell phone #: _____

Sex: ☐ Male  ☐ Female     Race: _____

Last 4 digits of SS#: xxx-xx- __ __ __ __     D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

**Your Information:**
Name (please print): _____

Residential address:                              Mailing address:

_____     _____

_____     _____

Phone number to contact you during business hours:

_____     Alternate #: _____

_____
                                          Signature

♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

Fees Paid: $_____     Cash #: _____     Check#: _____
Id#: _____ Waiver: _____ Money Order#: _____ Credit Card: _____
Sheriff File # _____     Authorization #: _____

NHJB-2678-Se (07/01/2018)

Instructions for filing the Return of Service:

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case". Enter 218-2020-CV-00219 and click Next.
2. When you find the case, click on the link follow the instructions on the screen. On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".
3. Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.
4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents. On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.

**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

February 25, 2020                                                      Jennifer M. Haggar
Date                                                                              Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court  
Rockingham Cty Courthouse/PO Box 1258  
Kingston NH  03848-1258

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:  **Joseph H Duffin, II v DXC Technology Services, LLC**  
Case Number:  **218-2020-CV-00219**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Rockingham Superior Court.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.
2. After you register, click Start Now. Select **Rockingham Superior Court** as the location.
3. Select "I am filing into an existing case". Enter **218-2020-CV-00219** and click Next.
4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.
5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2678-Se (07/01/2018)

THE STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS                                                           SUPERIOR COURT

Joseph H. Duffin, II
10 Nottingham Road
Windham NH 03087

v.

DXC TECHNOLOGY SERVICES LLC
1775 Tysons Blvd
Tysons, VA 22102

218-2020-CV-00219

True Copy Attest

Jennifer M. Haggar, Clerk of Court
March 30, 2020

**COMPLAINT**

### I. Parties

1. The plaintiff, Joseph H. Duffin, II, is a resident of the State of New Hampshire, with an address of 10 Nottingham Road, Windham, New Hampshire 03087.

2. The Defendant, DXC Technology Services LLC, is a Delaware Corporation with a principal place of business located at 1775 Tysons Boulevard, Tyson, VA 22102. The defendant's registered agent for service is Corporate Creations Network, Inc., located at 3 Executive Park Drive 201A, Bedford, NH, 03110.

### II. Jurisdiction & Venue

3. This Court has jurisdiction over the subject matter of this action pursuant to RSA 491:7.

4. Venue is proper in Rockingham County because the plaintiff resides within Rockingham County.

### III. Facts

5. The plaintiff, Joseph Duffin (hereinafter "Duffin"), worked as a sales representative for the defendant, DXC Technology Services, LLC (hereinafter "DXC"), from December of 2018 until February 28, 2020.

1

6.  As a sales representative, Duffin was eligible for commissions and bonuses under a "Sales Incentive Compensation Plan" ("SICP").

7.  In late 2018, Duffin played a crucial role in closing an 8-figure sales deal for DXC.

8.  Under the terms of the applicable SICP, Duffin earned a 6-figure sales commission. Emails and other documents confirm that Duffin was the "owner" of the deal for purposes of determining his eligibility for a commission under the SICP.

9.  Despite clearly being entitled to a significant commission as a result of his successful closing of the 8-figure deal, DXC's Finance Department determined that the compensation earned by Duffin would not be paid to him.

10. Upon information and belief, DXC's Finance Department has denied other employees commissions and bonuses that they earned and are entitled to, simply to save DXC money and improve its stock performance.

11. The plaintiff seeks full payment of the compensation he earned and is owed, and all other remedies available to him under RSA 275 including, but not limited to, liquidated damages and attorneys' fees.

## COUNT I – WAGE CLAIM – RSA 275

12. The plaintiff re-alleges and incorporates herein by reference all of the allegations set forth above.

13. The plaintiff earned a sales commission pursuant to the terms of a written compensation plan that DXC entered into with the plaintiff.

14. DXC has refused and failed to pay the total amount of that bonus, without any legally sufficient good cause.

15. The plaintiff seeks an order requiring the defendant to pay the total amount of the bonus owed to him under the terms of DXC's Sales Incentive Compensation Plan.

16. The plaintiff also seeks liquidated damages pursuant to RSA 275:43, IV, owing the defendants' willful failure to pay the total amount of wages due, and recovery of his attorneys' fees pursuant to RSA 275:53, III. See Ives v. Manchester Subaru, 126 N.H. 796, 801-04 (1985).

WHEREFORE, the plaintiff respectfully requests that the Honorable Court:

A. Schedule this matter for trial;

B. At the conclusion of trial, enter judgment for the plaintiff for the amount of unpaid wages owed to him;

C. Award the plaintiff liquidated damages pursuant to RSA 275:43, IV;

D. Award the plaintiff his reasonable attorneys' fees pursuant to RSA 275:53, III; and

E. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

JOSEPH H. DUFFIN, II

By his attorneys,

BACKUS, MEYER
& BRANCH, LLP

Dated: February 18, 2020

By _____
Jason R.L. Major (14782)
116 Lowell Street
Manchester, NH 03104
(603) 668-7272
JMajor@backusmeyer.com

3

```
              HILLSBOROUGH COUNTY SHERIFF'S OFFICE
                        329 MAST ROAD
                      GOFFSTOWN, NH 03045

                       RETURN OF SERVICE

SHERIFF WRIT 20-1864-CP                          218-2020-CV-00219
ROCKINGHAM COUNTY SC

JOSEPH H. DUFFIN, II V. DXC TECHNOLOGY SERVICES, LLC

                                                   02/28/2020



     I SUMMONED THE WITHIN NAMED DXC TECHNOLOGY SERVICES, LLC
 BY GIVING IN HAND TO CYNTHIA COLBURN, PRESIDENT OF CORPORATE CREATIONS THE
REGISTERED AGENT FOR THE WITHIN NAMED, BEING AT 3 EXECUTIVE PARK DR
BEDFORD, NH, AN ATTESTED COPY OF THIS SUMMONS AT 02:39pm.



                        _____
                        DEPUTY SHERIFF TYLER F BURKE
```

True Copy Attest

Jennifer M. Haggar, Clerk of Court

March 30, 2020

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION



Case Name:     **Joseph H Duffin, II v DXC Technology Services, LLC**
Case Number:   **218-2020-CV-00219**

Date Complaint Filed: February 18, 2020

A Complaint has been filed against DXC Technology Services, LLC in this Court. A copy of the Complaint is attached.

### The Court ORDERS that ON OR BEFORE:

| | |
|---|---|
| April 10, 2020 | Joseph H Duffin II shall have this Summons and the attached Complaint served upon DXC Technology Services, LLC by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 01, 2020 | Joseph H Duffin II shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | DXC Technology Services, LLC must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to DXC Technology Services, LLC:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:
  Jason R.L. Major, ESQ    Backus Meyer & Branch LLP 116 Lowell St PO Box 516
                            Manchester NH  03105-0516
  DXC Technology Services,  1775 Tysons Blvd Tysons VA  22102
  LLC

BY ORDER OF THE COURT

February 25, 2020

Jennifer M. Haggar
Clerk of Court

(126987)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH  03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:     **Joseph H Duffin, II v DXC Technology Services, LLC**
Case Number:   **218-2020-CV-00219**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Rockingham Superior Court.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process.  Click Register and follow the prompts.
2. After you register, click Start Now.  Select **Rockingham Superior Court** as the location.
3. Select "I am filing into an existing case".  Enter **218-2020-CV-00219** and click Next.
4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.
5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

THE STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS                                                               SUPERIOR COURT

Joseph H. Duffin, II        218-2020-CV-00219
10 Nottingham Road
Windham NH 03087
v.

DXC TECHNOLOGY SERVICES LLC
1775 Tysons Blvd
Tysons, VA 22102

## COMPLAINT

### I.  Parties

1. The plaintiff, Joseph H. Duffin, II, is a resident of the State of New Hampshire, with an address of 10 Nottingham Road, Windham, New Hampshire 03087.

2. The Defendant, DXC Technology Services LLC, is a Delaware Corporation with a principal place of business located at 1775 Tysons Boulevard, Tyson, VA 22102. The defendant's registered agent for service is Corporate Creations Network, Inc., located at 3 Executive Park Drive 201A, Bedford, NH, 03110.

### II.  Jurisdiction & Venue

3. This Court has jurisdiction over the subject matter of this action pursuant to RSA 491:7.

4. Venue is proper in Rockingham County because the plaintiff resides within Rockingham County.

### III.  Facts

5. The plaintiff, Joseph Duffin (hereinafter "Duffin"), worked as a sales representative for the defendant, DXC Technology Services, LLC (hereinafter "DXC"), from December of 2018 until February 28, 2020.

1

6. As a sales representative, Duffin was eligible for commissions and bonuses under a "Sales Incentive Compensation Plan" ("SICP").

7. In late 2018, Duffin played a crucial role in closing an 8-figure sales deal for DXC.

8. Under the terms of the applicable SICP, Duffin earned a 6-figure sales commission. Emails and other documents confirm that Duffin was the "owner" of the deal for purposes of determining his eligibility for a commission under the SICP.

9. Despite clearly being entitled to a significant commission as a result of his successful closing of the 8-figure deal, DXC's Finance Department determined that the compensation earned by Duffin would not be paid to him.

10. Upon information and belief, DXC's Finance Department has denied other employees commissions and bonuses that they earned and are entitled to, simply to save DXC money and improve its stock performance.

11. The plaintiff seeks full payment of the compensation he earned and is owed, and all other remedies available to him under RSA 275 including, but not limited to, liquidated damages and attorneys' fees.

## COUNT I – WAGE CLAIM – RSA 275

12. The plaintiff re-alleges and incorporates herein by reference all of the allegations set forth above.

13. The plaintiff earned a sales commission pursuant to the terms of a written compensation plan that DXC entered into with the plaintiff.

14. DXC has refused and failed to pay the total amount of that bonus, without any legally sufficient good cause.

2

15.     The plaintiff seeks an order requiring the defendant to pay the total amount of the bonus owed to him under the terms of DXC's Sales Incentive Compensation Plan.

16.     The plaintiff also seeks liquidated damages pursuant to RSA 275:43, IV, owing the defendants' willful failure to pay the total amount of wages due, and recovery of his attorneys' fees pursuant to RSA 275:53, III. See Ives v. Manchester Subaru, 126 N.H. 796, 801-04 (1985).

WHEREFORE, the plaintiff respectfully requests that the Honorable Court:

A. Schedule this matter for trial;

B. At the conclusion of trial, enter judgment for the plaintiff for the amount of unpaid wages owed to him;

C. Award the plaintiff liquidated damages pursuant to RSA 275:43, IV;

D. Award the plaintiff his reasonable attorneys' fees pursuant to RSA 275:53, III; and

E. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

JOSEPH H. DUFFIN, II

By his attorneys,

BACKUS, MEYER
& BRANCH, LLP

Dated: February 18, 2020

By _____
Jason R.L. Major (14782)
116 Lowell Street
Manchester, NH 03104
(603) 668-7272
JMajor@backusmeyer.com